UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-03020-SSC                    Date: March 2, 2026

Title      Tammy Wong v. Ford Motor Company, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                 Teagan Snyder                 |              n/a              |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
None Present                                      None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On December 31, 2024, Plaintiff Tammy Wong filed this complaint in state court against Ford Motor Company and ten Doe Defendants for violation of the Song-Beverly Consumer Warranty Act.  (ECF 1-1.)  Defendant removed this action to federal court on April 7, 2025.  (ECF 1.)  On February 19, 2026, Defendant filed a Motion for Summary Judgment and noticed the hearing for March 19, 2026.  (ECF 23.)  Plaintiff's opposition or non-opposition to the motion was due no later than February 26, 2026.  C.D. Cal. L.R. 7-9  The deadline to file an opposition or non-opposition has passed and the Court has not received a response or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-03020-SSC                          Date: March 2, 2026

Title      Tammy Wong v. Ford Motor Company, et al.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **March 9, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files an ex parte application to file a late response to the motion for summary judgment no later than **March 9, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to file a timely response to the motion for summary judgment may result in dismissal of this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

                                                                    :

Initials of Preparer        **ts**