UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WONG, | Case No. 2:25-cv-03020-SSC |
| Plaintiff, | |
| v. | JUDGMENT |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | |

Pursuant to the Order filed concurrently herewith, **IT IS ORDERED** that:

1. Judgment is entered dismissing the action, including all claims and counterclaims stated herein against all parties, without prejudice.

2. Each side shall bear its own attorney's fees and costs.

3. The Clerk of Court shall close this case.

DATED: March 16, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE